UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **CURTIS G. COFER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22CV157 NCC |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF REVERSAL AND REMAND

Before the Court is Defendant's Motion to Reverse and Remand this matter to the Commissioner, pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g) (Doc. 11). The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) (Doc. 4). Defendant states that remand is necessary for further evaluation of Plaintiff's claim and that the necessity for remand was not discovered until the case reached Defendant's legal counsel for briefing (Doc. 11 at 1). Defendant further states that remand would expedite administrative review, ensure the Commissioner properly considers Plaintiff's claim, and could make judicial review unnecessary (Doc. 11 at 2). Plaintiff responds stating no objection to Defendant's Motion to Reverse and Remand (Doc. 12).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand (Doc. 11) is **GRANTED**, and that this matter is reversed and remanded to the Commissioner.

**IT IS FURTHER ORDERED** that upon entry of this final order reversing and remanding this case, the appeal period will begin which determines the thirty (30) day period in which a timely application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, may be filed.

Dated this 7th day of June, 2022.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE